UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSE JAMES, | No. CV 10-1963 SJO (FFM) |
|     Petitioner, | |
| | JUDGMENT |
|     v. | |
| ANTHONY HEDGPETH, Warden, | |
|     Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:    1/14/11

                                                     S. JAMES OTERO
                                               United States District Judge